**Order entered April 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01029-CV

**STEPHANIE FREEMAN, Appellant**

**V.**

**CITIMORTGAGE, INC., Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-12-04363-E**

## ORDER

The reporter's record is overdue. *See* TEX. R. APP. P. 35.1. By order issued February 12, 2013, we ordered Vikki Ogden, court reporter for the County Court at Law No. 5, to file, within thirty days, either the complete reporter's record with exhibits or written verification that no hearings were recorded. To date, the record has not been filed, nor have we received any correspondence from the court reporter regarding her failure to file the record.

Accordingly, we **ORDER** Vikki Ogden, court reporter for the County Court at Law No. 5, to file the reporter's record within fifteen days of the date of this order. If the record is not filed within that time, we will utilize the available remedies to obtain the record, which may include ordering that Ms. Ogden not sit as a court reporter until the complete record is filed in this appeal. We **DENY** appellee's April 8, 2013 motion to dismiss the appeal.

/s/      DAVID LEWIS
JUSTICE